# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Alexandria Division

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| Katherine M. Buchanan, |
| *Defendant.* |

Case No. 1:25-CR-150

## CONSENT MOTION FOR CONTINUANCE OF RESTITUTION HEARING

Defendant Katherine M. Buchanan, by the undersigned counsel, respectfully moves the Court to continue for thirty days the restitution hearing scheduled for December 17, 2025, consistent with Ms. Buchanan's waiver of the deadline in 18 U.S.C § 3664(d)(5) and the parties' efforts to resolve the remaining restitution issues. Counsel for Ms. Buchanan has conferred with Katherine Rumbaugh, the Assistant United States Attorney assigned to this case, and she consents to the requested continuance. In further support thereof, undersigned counsel states:

1. On October 8, 2025, Ms. Buchanan appeared before this Court for sentencing. ECF 30. Ms. Buchanan is currently serving her sentence of incarceration of twelve months and one day and is in the custody of the Bureau of Prisons.

2. Ms. Buchanan agreed via the Plea Agreement that the victim campaigns in this case were owed restitution. ECF 11 at 6-9.[1] At the time of sentencing, Ms. Buchanan had already repaid the victim campaigns in the amount of $570,000. ECF 28 at 29.

3. The Court scheduled the restitution hearing for December 17, 2025, consistent with the Plea Agreement. Specifically, the Plea Agreement provided that:

---

[1] Ms. Buchanan also owes restitution to the Internal Revenue Service and deposited nearly $900,000 in escrow with the IRS for the taxes and interest due to the IRS. *See* ECF 11 at 7-9.

> The parties acknowledge that the determination of the identities, addresses, and loss amounts for all victims in this matter is a complicated and time-consuming process. To that end, defendant agrees that, pursuant to 18 U.S.C. § 3664(d)(5), the Court may defer the imposition of restitution until after the sentencing; however defendant specifically waives the 90-day provision found at Section 3664(d)(5) and consents to the entry of any orders pertaining to restitution after sentencing without limitation.

ECF 11 at 7.

4. The Court should find that there is good cause for this continuance. Counsel for Ms. Buchanan and the Assistant United States Attorney in this matter have been diligently conferring regarding the additional loss amounts owed to the campaign victims. Determining the precise restitution in this matter involves forensic review of financial documents that are over a thousand pages in length, date back several years, and cover multiple accounts. The parties have met via videoconference and exchanged multiple documents and emails regarding restitution.

5. While the parties have resolved and reached agreement on many items, additional time is necessary for the parties to complete their analyses and discussions. Additional time is also necessary because Ms. Buchanan's incarceration requires defense counsel to schedule videoconference meetings in advance to have privileged and confidential discussions. A continuance of the hearing is also appropriate given the nature of determining restitution and Ms. Buchanan's waiver of the deadline in 18 U.S.C. § 3664(d)(5). *See* ECF 11 at 7.

6. The parties expect that a continuance of thirty days will be sufficient and therefore request that the Court continue the restitution hearing for thirty days.

For the reasons stated above, and for any other reasons that the Court deems just and proper, the defendant Katherine Buchanan respectfully requests that the Court find good cause to continue the December 17, 2025, restitution hearing for thirty days.

10376439.1

       Respectfully submitted,

       */s/ Paul B Hynes, Jr.*
       Paul B. Hynes, Jr.
       Margarita K. O'Donnell (pro hac vice)
       M. Moore (pro hac vice)
       ZUCKERMAN SPAEDER LLP
       2100 L St NW, Suite 400
       Washington, DC 20037
       Telephone (202) 778-1870
       phynes@zuckerman.com
       modonnell@zuckerman.com
       mmoore@zuckerman.com

       *Counsel for Defendant*

10376439.1